**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

November 9, 2006

# NOTICE OF ERROR

To:     All Parties

**Case Style: Morris v. Homeland Security et al**

**Case Number:    2:06-cv-01005-MEF**

**Referenced Pleading:    Petition**
**Docket Entry Number:    1**

**The referenced pleading was filed on \*\*\*November 6, 2006\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #1 docketing entry, which has been stricken from the record as a docketing error.**