IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 20 A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GEORGE HOEY MORRIS )
   PLAINTIFF )
 )
VS )    2:06-CV-1005-MEF
 )
 )
HOMELAND SECURITY ET AL )

## OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

1) Comes now the plaintiff George Hoey Morris appearing pro se and without the benefit of a law library or any other legal information in the above styled case and files this objection to the recommendation of the magistrate judge.

2) Magistrate Susan Russ Walker has determined the case has no merit and has recommended that the case be dismissed. She has made notation of several technicalities to recommend other avenues for plaintiff to approach even though she has not read an answer from any of the defendants.

3) Plaintiff has described in detail the illegal behavior of the defendants. Magistrate Walker wants to dismiss the claims of the undersigned without an answer from any defendant; the equivulent of

(1)

MANIFEST INJUSTICE.

4) Troy King and Matthew Beam filed a "motion to dismiss" without addressing the issues raised in the complaint. None of the other defendants have bothered to respond at all.

5) Magistrate Walker should be excluded from comment on this case. On 17 June 2005, she ordered this plaintiff incarcerated on the basis of misleading testimony and outright perjury by defendant Thomas Coram Jr. Magistrate Walker has a vested interest in the failure of this civil action. She is the person who ordered the plaintiff's illegal incarceration after several hours of false testimony.

6) A review of that testimony on 17 June 2005 reveals misleading and perjured testimony, most of which is articulated in the above styled civil action. In order to avoid redundancy and in the interest of simplicity; this plaintiff requests the court to review the complaint to discover misleading testimony and perjury claimed by the undersigned. It is not provided here.

7) Plaintiff George Hoey Morris reminds this court that he is incarcerated and without legal resources. The law and justice dictate that this pro se objection be reviewed with lenience and that plaintiff not be held to the strict regulations as would be an attorney.

(2)

THIS PLAINTIFF HAS NOT THE RESORCES OR INFORMATION TO RE-FILE THE COMPLAINT WITH ANOTHER NAME OR NUMBER AS IS SUGGESTED BY MAGISTRATE WALKER.

8) PLAINTIFF GEORGE HOEY MORRIS RESPECTFULLY REQUESTS THAT HONORABLE MARK FULLER REQUIRE EACH AND EVERY DEFENDANT TO ADDRESS EACH SPECIFIC COMPLAINT.

9) PLAINTIFF RESPECTFULLY REQUESTS A REVIEW OF THE TESTIMONY AT THE 17 JUNE 2005 HEARING WITH TESTIMONY (ONCE AGAIN) FROM THOMAS CORAM JR. ALL OF HIS TESTIMONY HAS SINCE BEEN PROVEN FALSE AND CORAM WILL MOST LIKELY ADMIT HIS CLAIMS NOT TRUE; HE CAN NOT CLAIM OTHERWISE.

10) PLAINTIFF ADMITS HE WAS CONVICTED OF NUMEROUS CRIMES BY A CONFUSED JURY WHO WAS PROVIDED INCOMPLETE AND FALSE TESTIMONY AND ADMITS THAT THESE MUST BE ADDRESSED WITH AN APPEAL. A LOOK AT THESE SO CALLED "CRIMES" IN THE CONTEXT OF THIS CIVIL SUIT WILL EVENTUALLY MAKE IT APPARENT THAT THESE CONVICTIONS WERE THE RESULT OF MISINFORMATION AND FURTHER FALSE EVIDENCE ENTERED BY THOMAS CORAM JR.; PLAINTIFF'S NEIGHBOR AND ARCH-ADVERSARY WHO HAS MADE IT HIS BUSINESS TO FIND THE DEFENDANT GUILTY OF A CRIME; ANY CRIME.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS THAT THIS COURT NOT DISMISS THIS COMPLAINT AND INSTEAD REQUIRE EACH AND EVERY DEFENDANT TO RESPOND. PLAINTIFF REQUESTS THAT MAGISTRATE WALKER BE PROHIBITED FROM PARTICIPATION IN THIS MATTER.

RESPECTFULLY SUBMITTED TO THIS COURT ON 19 Dec 06

By: *[signature]*
GEORGE HOEY MORRIS

(4)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 19 DAY OF DECEMBER 2006 I HAVE SERVED A TRUE AND CORRECT COPY OF THIS OBJECTION BY PLACING SAME IN THE U.S. MAIL POSTAGE PREPAID AND ADDRESSED AS FOLLOWS:

BENJAMIN H. ALBRITTON
ALABAMA STATE HOUSE
11 SOUTH UNION ST.
MONTGOMERY, AL 36130-0152

THOMAS CORAM JR.
745 KOWALIGA RD
ECLECTIC, AL 36024

MICHAEL CHERTOFF
HOMELAND SECURITY
LEGAL DEPT.
WASHINGTON, D.C. 20528

ALAN NUMMY
CITY HALL
ECLECTIC, AL 36024

IMMIGRATION AND CUSTOMS ENFORCEMENT
900 WESTERN AMERICAN CIR
SUITE 301
MOBILE, AL 36609

U.S. IMMIGRATION AND CUSTOMS
301 SOUTH RIPLEY ST
MONTGOMERY, AL 36104

GEORGE HOEY MORRIS
FEDERAL DETENTION ANNEX
P.O. BOX 159
MONTGOMERY, AL 36101

(5)