In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2006 DEC 20　A 9: 23

P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris         )
    Plaintiff         )
                     )    Civil Action No.
vs.                   )    2:06 CV 1005-MEF
                     )
Homeland Security et al    )

## Modification of Complaint
## Addition of Defendants

    Comes now Plaintiff George Hoey Morris appearing pro se in the above styled case modifying said complaint by adding as Defendants:

    (1) Alan Nummy (Personally)

    (2) City of Eclectic

    Alan Nummy, as employee of Troy King (Alabama Attorney General) and Head of the Eclectic Police Department is directly responsible for many of the Acts or Omissions described in the complaint; particularly paragraphs Twenty One (21), Twenty Two (22), Twenty Nine (29), Thirty One (31), Thirty Three (33), and others.

_____

Respectfully Submitted on __19 Dec 06__ by George Hoey Morris

Certificate of Service

I hereby certify that on the ___19___ Day of December 2006 that I provided a true and correct copy of the foregoing to the following Defendants by making same in the United States mail postage prepaid and properly addressed as follows:

Michael Chertoff
US Dept of Homeland Security
Washington, DC 20528

US Customs and Immigration Enforcement
900 Western American Circle Ste 301
Mobile, AL 36609

US Immigration and Customs
301 South Ripley Street
Montgomery, AL 36104

Troy King
Office of Attorney General
11 South Union St
Montgomery, AL 36101

Thomas Coram Jr.
745 Kowaliga Rd
Eclectic, AL 36024

Matthew Beam
Office of Attorney General
11 South Union St
Montgomery, AL 36101

_____
George Hoey Morris

Certificate of Service
(Continued)

I hereby certify that on the ____/ʳ⁾____ Day of December 2006 that I provided a true and correct copy of the Foregoing instrument and a true and correct copy of Civil Action Number 2:06 CV1005-MEF to the following Defendants by placing same in the United States mail postage prepaid and properly addressed as follows:

Alan Nummy
City Hall
Main Street
Eclectic, AL 36024

City of Eclectic
City Hall
Main Street
Eclectic, AL 36024

_____
George Hoey Morris