IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 27 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris )
Plaintiff )
)
v. ) 2:06-CV-1005-MEF
)
)
Homeland Security et al )
Defendants )

Comes now the Plaintiff George Hoey Morris, after having read Honorable Mark Fuller's order of 15 December 2006 that implies he will follow Magistrate Susan Russ Walker's Recommendation to dismiss this case and moves this Court to overule her reccommendation and require an answer from the Defendants.

Plaintiff respectfully requests that this Court hear this complaint at the same time and with the same Judge as case no 2:06-cv-1006-MHT because of the close relationship and facts surrounding the two complaints.

Respectfully submitted to this Court
on 25 December 2006 By...

[signature]
George Hoey Morris