IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GEORGE HOEY MORRIS | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1005-MEF |
| HOMELAND SECURITY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On December 20, 2006 Plaintiff filed objections to Defendant King and Beam's motion to dismiss. Upon consideration of this pleading, construed as a motion to strike Defendant King and Beam's motion to dismiss, and in light of the court's December 18, 2006 order denying the motion to dismiss as moot, it is

ORDERED that Plaintiff's Motion to Strike (Doc. No. 7) be and is hereby DENIED as moot.

DONE, this 4th day of January 2007.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE