In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 JAN 30 A 9: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris )
plaintiff )
)
v.s. )  Civil Action Number
) 2:06CV1005-TMH
)
Homeland Security )
et al )

## Notice of Appeal

Comes Now the Plaintiff George Hoey Morris appearing pro se and files this timely Notice of Appeal in the above styled case. The Appeal is on the grounds of Manifest Injustice.

Respectfully submitted to this Court on 25 January 2007 By...

George Hoey Morris