IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-10452-I

GEORGE HOEY MORRIS,

                Plaintiff-Appellant,

versus

HOMELAND SECURITY,
IMMIGRATION CUSTOMS ENFORCEMENT, et.al.,

                Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 28th day of February, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Debbie Fisher
     Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40