IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-10452-II

GEORGE HOEY MORRIS,

    Plaintiff-Appellant,

versus

HOMELAND SECURITY,
IMMIGRATION CUSTOMS ENFORCEMENT,
ALABAMA ATTORNEY GENERAL'S OFFICE,
THOMAS CORAM, JR.,
MICHAEL CHERTOFF, et al.,

    Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the Appellant's Brief within the time fixed by the rules, effective this 2nd day of May, 2007.

    THOMAS K. KAHN
    Clerk of the United States Court
    of Appeals for the Eleventh Circuit

By: /s/Tonya Dumas
    Tonya Dumas
    Deputy Clerk
FOR THE COURT - BY DIRECTION

ORD-40
5/91

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia